AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER <br> *Plaintiff(s)* <br> v. <br> LLANO COUNTY <br> (Additional Defendants listed on Attachment A) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan A. Botkin
Katherine P. Chiarello
Wittliff | Cutter PLLC
1209 Nueces Street
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

| Defendant | Address |
|---|---|
| LLANO COUNTY | Attn: County Judge Ron Cunningham<br>801 Ford Street, Room 101<br>Llano, Texas 78643 |
| RON CUNNINGHAM, in his official capacity as Llano County Judge | 801 Ford Street, Room 101<br>Llano, Texas 78643 |
| JERRY DON MOSS, in his official capacity as Llano County Commissioner | 2001 N. St. Hwy 16 Suite B<br>Llano, Texas 78643 |
| PETER JONES, in his official capacity as Llano County Commissioner | 508 Sombrero<br>Horseshoe Bay, Texas 78657 |
| MIKE SANDOVAL, in his official capacity as Llano County Commissioner | 8347 RR 1431<br>Buchanan Dam, Texas 78609 |
| LINDA RASCHKE, in her official capacity as Llano County Commissioner | 8347 West Ranch Road 1431<br>Buchanan Dam, Texas 78609 |
| AMBER MILUM, in her official capacity as Llano County Library System Director | 102 E. Haynie St.<br>Llano, Texas 78643 |
| BONNIE WALLACE, in her official capacity as Llano County Library Board Member | 1681 Ranch Road 2323<br>Llano, Texas 78643 |
| ROCHELLE WELLS, in her official capacity as Llano County Library Board Member | 1406 Ash Street<br>Llano, TX 78643-2810 |
| RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member | 5606 County Road 104<br>Llano, Texas 78643 |
| GAY BASKIN, in her official capacity as Llano County Library Board Member | 1100 Escolar Drive<br>Buchanan Dam, TX 78609 |