IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, AND DIANE MOSTER,<br><br>  Plaintiffs,<br><br>v.<br><br>LLANO COUNTY, RON CUNNINGHAM, in his official capacity as Llano County Judge, JERRY DON MOSS, in his official capacity as Llano County Commissioner, PETER JONES, in his official capacity as Llano County Commissioner, MIKE SANDOVAL, in his official capacity as Llano County Commissioner, LINDA RASCHKE, in her official capacity as Llano County Commissioner, AMBER MILUM, in her official capacity as Llano County Library System Director, BONNIE WALLACE, in her official capacity as Llano County Library Board Member, ROCHELLE WELLS, in her official capacity as Llano County Library Board Member, RHONDA SCHNEIDER, in her official capacity as Llano County Library Board Member, and GAY BASKIN, in her official capacity as Llano County Library Board Member,<br><br>  Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 5:22-CV-00400-JKP |

**PLAINTIFFS' RESPONSE TO THE COURT'S APRIL 28, 2022 ORDER REGARDING TRANSFER OF VENUE TO THE AUSTIN DIVISION**

On April 28, 2022, the Court provided notice to the parties to the above-entitled matter of its consideration of a *sua sponte* transfer of venue to the Austin Division of the Western District of Texas, and provided the parties with an opportunity to file a motion or brief on or before Monday, May 9, 2022. (Dkt. No. 17.) Plaintiffs hereby submit this response to the Court's Order.

Plaintiffs consent to a transfer of venue to the Austin Division. Additionally, Plaintiffs respectfully request that the Court vacate the May 13, 2022 hearing and issue an order transferring this action to the Austin Division as soon as practicable.

Plaintiffs intend to file a motion for preliminary injunction asserting that Plaintiffs are suffering immediate and irreparable injury caused by Defendants' actions and seeking to enjoin Defendants from future violations of Plaintiffs' constitutional rights. Plaintiffs planned to file their motion early this week. However, in light of the Court's April 28, 2022 Order, and for judicial economy and the convenience of all parties, Plaintiffs will wait to file their preliminary injunction motion until the Court has resolved the issue of venue.

The Court may exercise its discretion to transfer the matter now. *Cf. Jarvis Christian College v. Exxon Corp.*, 845 F.2d 523, 528 (5th Cir. 1988) (rejecting argument that court's transfer order was invalid because it was issued *sua sponte* without notice or a hearing, explaining that "[w]hile generally a hearing is desirable the lack thereof does not indicate the invalidity of the subsequent [transfer] order. Section 1404 transfers are authorized '[f]or the convenience of parties and witnesses, in the interest of justice . . . .' Decisions to effect a 1404 transfer are committed to the sound discretion of the transferring judge, and review of a transfer is limited to abuse of that discretion") (internal citation omitted); *see also In re Volkswagen, Inc.*, 545 F.3d 304, 315 n.10 (5th Cir. 2008) (explaining that the venue transfer analysis "directly manifests the importance that we must give to the plaintiff's choice" of forum); *Time, Inc. v. Manning*, 366 F.2d 690, 698 (5th Cir. 1966) (taking note of the "plaintiff's privilege of choosing venue").

Accordingly, Plaintiffs respectfully request that the Court transfer this action to the Austin Division without holding a hearing on May 13, 2022, and thereby allow Plaintiffs to move for preliminary injunctive relief as soon as possible.

| | |
|---|---|
| Dated:  May 4, 2022 | Respectfully Submitted, |

**BRAUNHAGEY & BORDEN LLP**

/s/ *Ellen V. Leonida*
Ellen V. Leonida (CA Bar No. 184194)*
Matthew Borden (CA Bar No. 214323)*
J. Noah Hagey (CA Bar No. 262331)*
Sarah Salomon (CA Bar No. 308770)*
Pratik Ghosh (NY Registration No. 5754940)*
Amy Senia (CA Bar No. 329134)*
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, California 94104
Tel & Fax:  415-599-0210
leonida@braunhagey.com
borden@braunhagey.com
hagey@braunhagey.com
salomon@braunhagey.com
ghosh@braunhagey.com
senia@braunhagey.com

*Attorneys for Plaintiffs*
**Motion for admission pro hac vice pending*

**WITTLIFF | CUTTER PLLC**

/s/ *Ryan A. Botkin*
Ryan A. Botkin (TX Bar No. 00793366)
Katherine P. Chiarello (TX Bar No. 24006994)
María Amelia Calaf (TX Bar No. 24081915)
**Wittliff | Cutter PLLC**
1209 Nueces Street
Austin, Texas 78701
Tel: 512-960-4730
Fax: 512-960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com
mac@wittliffcutter.com

## CERTIFICATION OF SERVICE

I, Ellen V. Leonida, certify that this 4th day of May, 2022, a copy of the foregoing RESPONSE TO THE COURT'S APRIL 28, 2022 ORDER REGARDING TRANSFER OF VENUE TO THE AUSTIN DIVISION has been electronically filed with the Clerk of the Court using the CM/ECF system, and in addition, served upon all Defendants by placing the same in the United States Mail, postage prepaid, to:

Llano County, c/o County Judge Ron Cunningham
801 Ford Street, Room 101
Llano, Texas 78643

Llano County Judge Ron Cunningham
801 Ford Street, Room 101
Llano, Texas 78643

Jerry Don Moss, Llano County Commissioner
2001 N. St. Hwy 16 Suite B
Llano, Texas 78643

Peter Jones, Llano County Commissioner
508 Sombrero
Horseshoe Bay, Texas 78657

Mike Sandoval, Llano County Commissioner
8347 RR 1431
Buchanan Dam, Texas 78609

Linda Raschke, Llano County Commissioner
8347 West Ranch Road 1431
Buchanan Dam, Texas 78609

Amber Milum, Llano County Library System Director
102 E. Haynie St.
Llano, Texas 78643

Rochell Wells, Llano County Library Board Member
1406 Ash Street
Llano, Texas 78643-2810

Rhonda Schneider, Llano County Library Board Member
5606 County Road 104
Llano, Texas 78643

Gay Baskin, Llano County Library Board Member
1100 Escolar Drive
Buchanan Dam, Texas 78609

*/s/ Ellen V. Leonida*

Ellen V. Leonida

4