UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LEILA GREEN LITTLE, JEANNE PURYEAR, KATHY KENNEDY, REBECCA JONES, RICHARD DAY, CYNTHIA WARING, DIANE MOSTER,

*Plaintiffs*

v.

LLANO COUNTY, RON CUNNINGHAM, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY JUDGE; JERRY DON MOSS, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; PETER JONES, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; MIKE SANDOVAL, IN HIS OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; LINDA RASCHKE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY COMMISSIONER; AMBER MILUM, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY SYSTEM DIRECTOR; BONNIE WALLACE, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER; ROCHELLE WELLS, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER; RHODA SCHNEIDER, IN HER OFFICIAL CAPACTY AS LLANO COUNTY LIBRARY BOARD MEMBER; AND GAY BASKIN, IN HER OFFICIAL CAPACITY AS LLANO COUNTY LIBRARY BOARD MEMBER;

*Defendants*

Case No.  SA-22-CV-00400-JKP

## **ORDER OF TRANSFER**

Before the Court is the status of this case. On April 28, 2022, this Court issued an Order notifying the parties of its consideration of a *sua sponte* transfer of venue to the Austin Division of the Western District of Texas. The Court provided the parties the opportunity to present any appropriate motion, briefing, and opportunity for hearing on the issue whether transfer of venue to the Austin Division of the Western District of Texas is proper. The Court set a hearing for May 13, 2022. On May 4, 2022, Plaintiffs filed a Response to the Court's Order, consenting to a transfer of venue to the Austin Division and requesting the Court vacate the hearing.

Accordingly, pursuant to Plaintiff's Response and consent, IT IS HEREBY ORDERED this case be TRANSFERRED to the Austin Division of the Western Division of Texas.

IT IS FURTHER ORDERED that upon transfer of this case the Clerk of Court shall CLOSE this case.

It is so ORDERED.
SIGNED this 5th day of May, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE